**DISMISS and Opinion Filed November 9, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00516-CV

## HARTMAN SPE, LLC AND
## HARTMAN INCOME REIT MANAGEMENT, INC., Appellants
## V.
## OLUWANFISAYO T. OFEIMU, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02083-2020**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is appellants' motion to dismiss the appeal because the

parties have settled their dispute. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

220516F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HARTMAN SPE, LLC AND
HARTMAN INCOME REIT
MANAGEMENT, INC., Appellants

No. 05-22-00516-CV      V.

OLUWANFISAYO T. OFEIMU,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02083-2020.

Opinion delivered by Justice
Pedersen, III. Justices Myers and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee OLUWANFISAYO T. OFEIMU recover her costs of this appeal from appellants HARTMAN SPE, LLC AND HARTMAN INCOME REIT MANAGEMENT, INC.

Judgment entered November 9, 2022

–2–